DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWRENCE M. FLASTER,**
Appellant,

v.

**U.S. BANK, N.A., AS TRUSTEE RELATING TO CHEVY CHASE FUNDING LC MORTGAGE BACKED CERTIFICATES SERIES 2006-1, MICHELLE MARIE FLASTER** a/k/a **MICHELLE MARIE CANADAY, THE RESIDENCES OF SAWGRASS MILLS COMMUNITY ASSOCIATION, INC., BANK OF AMERICA, N.A., REGIONS BANK, STATE OF FLORIDA, STEVEN SHUFELT-TENANT #1, DINA SHUFELT-TENANT #2,**

Appellees.

No. 4D16-4086

[October 19, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen D. Ireland, Senior Judge, Judge; L.T. Case No. CACE 10044605.

Alan Bryce Grossman, Aventura, for appellant.

Kimberly Hopkins and Ronald M. Gaché of Shapiro, Fishman & Gaché, LLP, Tampa, for appellee U.S. Bank, N.A.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***